**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

*Filed Electronically*

**CIVIL ACTION NO.: 5:18-CV-66-TBR**

**CHRISTINA TURNER, on behalf of herself,**                                            **PLAINTIFF,**
**and all others similarly situated,**

**v.**

**PILLPACK, INC.**                                                                              **DEFENDANT.**

**AGREED ORDER TO CONTINUE STATUS CONFERENCE**

The Plaintiff, Christina Turner, and Defendant, PillPack LLC, by their respective counsel, have agreed to continue the status conference scheduled for June 6, 2019, at 9:45 A.M. Central Time for two weeks to allow them time to continue their discussions about the scope of discovery and trial date, as well as possible non-judicial resolution of this case.

In light of the Court's May 30, 2019, Memorandum Opinion and Order ordering a trial pursuant to 9 U.S.C. § 4, the parties met and conferred to reach an agreement regarding the scope of discovery and in hopes of making a joint recommendation to the Court regarding a trial date. The parties' discussions are ongoing, and the parties have agreed to an informal exchange of information to determine the necessary scope of discovery and in furtherance of their discussions of possible non-judicial resolution of this matter.

To allow the parties to continue these discussions and informal exchange of information, and in the interests of judicial economy and efficiency, the parties have jointly stipulated to entry of an Order cancelling the June 6, 2019, status conference and re-setting the status conference for no earlier than June 20, 2019, and the Court otherwise being sufficiently advised:

2

IT IS HEREBY ORDERED AND ADJUDGED that the Telephonic Conference set for June 6, 2019 is cancelled. A Telephonic Conference is set on June ___, 2019 at _____ Central Time before Senior Judge Thomas B. Russell.


SEEN AND AGREED:


 /s/ Kenneth E. Payson
Kenneth E. Payson (admitted *pro hac vice*)
Sara A. Fairchild (admitted *pro hac vice*)
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Fax: (206) 757-7700
kenpayson@dwt.com
sarafairchild@dwt.com

R. Kent Westberry
Bridget M. Bush
LANDRUM & SHOUSE LLP
220 W. Main St., Ste. 1900
Louisville, KY 40202-1395
Telephone: (502) 589-7616
Fax: (502) 589-2119
kwestberry@landrumshouse.com
bbush@landrumshouse.com

*Attorneys for PillPack LLC*


WITH CONSENT:


 /s/ Alexis M. Wood
Alexis M. Wood (CA Bar No. 270200) (admitted *pro hac vice*)
Kas L. Gallucci (CA Bar No. 288709) (admitted *pro hac vice*)
Ronald A. Marron (CA Bar No. 175650) (admitted *pro hac vice*)
LAW OFFICES OF RONALD A. MARRON
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006

Case 5:18-cv-00066-TBR   Document 50   Filed 06/05/19   Page 3 of 3 PageID #: 711

Fax: (619) 564-6665
alexis@consumeradvocates.com
kas@consumeradvocates.com
ron@consumeradvocates.com

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of June, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court of the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

N/A

      */s/ Sara A. Fairchild*
      **Counsel for PillPack LLC**

4816-7687-8232v.5 0051461-002213