UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

CHRISTINA TURNER,

-vs-

Case No.: 5:18-CV-00066-TBR

PILLPACK, INC.

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion for admission to practice *pro hac vice* in the above-captioned matter is granted. The Applicant, Rebecca J. Francis, is permitted to argue or try this case in whole or in part as counsel for Defendant PillPack LLC.

*/s/ Thomas B. Russell*

**Thomas B. Russell, Senior Judge**
**United States District Court**

June 19, 2019