UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

*Filed Electronically*

CIVIL ACTION NO.: 5:18-CV-66-TBR

CHRISTINA TURNER, on behalf of herself,                                                   PLAINTIFF,
and all others similarly situated,

v.

PILLPACK, INC.                                                                             DEFENDANT.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Christina Turner and Defendant PillPack LLC hereby stipulate to dismissal of Plaintiff's individual claims in this action with prejudice, and dismissal of the putative class claims without prejudice, with each party to bear their own costs and fees.

DATED:  September 29, 2020.

Respectfully submitted,

| | |
|---|---|
| /s/  Kenneth E. Payson | /s/ Alexis M. Wood |
| Kenneth E. Payson (admitted *pro hac vice*) | Alexis M. Wood (CA Bar No. 270200) |
| Sara A. Fairchild (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| DAVIS WRIGHT TREMAINE LLP | Kas L. Gallucci (CA Bar No. 288709) |
| 920 Fifth Avenue, Suite 3300 | (admitted *pro hac vice*) |
| Seattle, Washington 98104-1610 | Ronald A. Marron (CA Bar No. 175650) |
| Telephone: (206) 622-3150 | (admitted *pro hac vice*) |
| Fax: (206) 757-7700 | LAW OFFICES OF RONALD A. MARRON |
| kenpayson@dwt.com | 651 Arroyo Drive |
| sarafairchild@dwt.com | San Diego, California 92103 |
| | Telephone: (619) 696-9006 |
| R. Kent Westberry | Fax: (619) 564-6665 |
| Bridget M. Bush | alexis@consumersadvocates.com |
| LANDRUM & SHOUSE LLP | kas@consumersadvocates.com |
| 220 W. Main St., Ste. 1900 | ron@consumersadvocates.com |
| Louisville, KY 40202-1395 | |
| Telephone: (502) 589-7616 | ***Attorneys for Plaintiff*** |
| Fax: (502) 589-2119 | |
| kwestberry@landrumshouse.com | |
| bbush@landrumshouse.com | |
| | |
| ***Attorneys for PillPack LLC*** | |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of September, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court of the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

N/A

                                                        */s/ Alexis M. Wood*