# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# PADUCAH DIVISION
# CASE NO. 5:18-CV-66-TBR

CHRISTINA TURNER  
*on behalf of herself, and all others similarly situated*   PLAINTIFF

V.

PILLPACK, INC.   DEFENDANT

## *ORDER OF DISMISSAL*

Pursuant to the Stipulation of Dismissal filed at Docket #67,

**IT IS ORDERED** that said action is **DISMISSED** from the docket and this case is now **closed.**

*Thomas B. Russell* (signature)

Thomas B. Russell, Senior Judge  
United States District Court

November 9, 2020

cc: Counsel